1
2                                                                JS6
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  Jennifer Altounian,              )  Case No. **CV 09-3153-JFW (SHx)**
                                     )
12              Plaintiff,           )  **ORDER DISMISSING CIVIL ACTION**
                                     )
13       v.                          )
                                     )
14  Windham Professionals,           )
                                     )
15              Defendants.          )
    _____)
16
17
18       THE COURT has been advised by counsel that this action
19  has been settled, or is in the process of being settled.
20       IT IS THEREFORE ORDERED that this action is hereby
21  dismissed without prejudice to the right, upon good cause
22  shown within 15 days, to re-open the action if settlement is
23  not consummated.  During this 15 day period, this Court
24  retains full jurisdiction over this action and this Order
25  shall not prejudice any party to this action.
26  / / /
27  / / /
28

(Rev. 2/15/08)

1  In the event a motion or *ex parte* application to re-open
2 is not filed within 15 days, the dismissal of this action
3 will be with prejudice.

5 Dated: **September 24, 2009**    _____
                                            JOHN F. WALTER
6                                    United States District Judge

(Rev. 2/15/08)                            2